Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA  92101

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MONTESANO, | CASE NO. 3:24-cv-05099-WHO |
| Plaintiff, | ~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE |
| v. | |
| GENEX SERVICES, LLC, | |
| Defendant. | Alameda County Superior Court Case No. 24CV083209 |
| | Complaint Filed: July 12, 2024 |

Pursuant to a joint stipulation of the Parties and good cause appearing, it is hereby ordered that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), this action shall be dismissed with prejudice in its entirety, each party to bear their own costs and attorney fees.

DATED:  October 18, 2024

_____
Honorable William H. Orrick
UNITED STATES DISTRICT JUDGE